THE HONORABLE JAMES L. ROBART

# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE BODDY *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRENT POURCIAU *et al.*<br><br>　　　　Defendants. | No. 2:18-CV-01046-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND EXPERT REPORT DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>October 25, 2019 |

The Parties, by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the deadline for expert reports, set by the Court's Minute Order Setting Trial Dates and Related Dates (ECF No. 27). To facilitate negotiations and the competition of necessary fact discovery, the parties agree that the deadline for expert reports should be extended by four weeks. Accordingly, the Parties hereby respectfully ask the Court to extend the deadline for disclosure of expert testimony from November 13, 2019 to December 11, 2019.

STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-01046) – 1

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

```
 1   DATED this 25th day of October 2019.       PETERSON BAKER PS
 2
 3
 4                                              By: /s/ Tyler C. Peterson
 5                                              Tyler C. Peterson, WSBA No. 39816
 6                                              PETERSON BAKER PS
 7                                              110 Prefontaine Pl. S. #304
 8                                              Seattle, WA 98104
 9                                              Ph: 206-257-3367
10                                              Email: tyler@petersonbakerlaw.com
11
12                                              Attorneys for Defendants
13
14                                              THE BEZOU LAW FIRM
15
16
17                                              By: /s/ Matthew L. Devereaux
18                                              (with permission)
19                                              Matthew L. Devereaux, pro hac vice
20                                              THE BEZOU LAW FIRM
21                                              534 East Boston Street
22                                              Covington, LA 70433
23                                              Ph: 985.892.2111
24                                              Email: mdevereaux@bozou.com
25
26                                              Attorneys for Defendants
```
STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-01046) – 2

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

Case 2:18-cv-01046-JLR   Document 40   Filed 10/25/19   Page 3 of 4

[~~PROPOSED~~ ORDER]

Based on the foregoing, IT IS SO ORDERED that the deadline for the disclosure of expert testimony in this case is extended to December 11, 2019.

DATED this 25th day of October 2019.

*[signature]*

Judge James L. Robart
United States District Court Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorney for Plaintiffs

*[Handwritten annotation:]* *The court cautions the parties, however, that the court will strike any future pleadings that fail to comply with Western District of Washington Local Civil Rule 83.1(d)(2)'s requirement that local counsel "sign all motions and other filings."*

STIPULATED MOTION AND [~~PROPOSED~~]
ORDER (2:17-CV-01046) – 3

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371