THE HONORABLE JAMES L. ROBART

THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE BODDY *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BRENT POURCIAU *et al.*<br><br>　　　　Defendants. | No. 2:18-CV-01046-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER AWARDING ATTORNEYS' FEES FOR PLAINTIFFS' MOTION TO COMPEL<br><br>NOTE ON MOTION CALENDAR:<br>November 6, 2019 |

　　　　The Parties, by and through their attorneys of record, hereby file this stipulated motion for an award of attorneys' fees in the amount of $3,500 in connection with Plaintiffs' Motion to Compel, ECF No. 42. During the telephone conference regarding Plaintiffs' Motion, the Court awarded Plaintiffs' attorneys' fees. ECF No. 44. The Parties conferred thereafter and agreed that $3,500 is a reasonable fee award for the work incurred by Plaintiffs' counsel as a result of the discovery dispute.

　　　　The Parties therefore respectfully ask the Court to grant this stipulated motion, in accordance with the Proposed Order below, and award Plaintiffs $3,500 in attorneys' fees

STIPULATED MOTION AND [PROPOSED]
ORDER (2:17-CV-01046) – 1

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

for having to bring the motion to compel discovery described in Plaintiffs' letter brief, ECF No. 42.

DATED this 6th day of November 2019.

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Defendants

THE BEZOU LAW FIRM

By: /s/ Matthew L. Devereaux
Matthew L. Devereaux, *pro hac vice*
THE BEZOU LAW FIRM
534 East Boston Street
Covington, LA 70433
Ph: 985.892.2111
Email: mdevereaux@bezou.com

Attorneys for Defendants

STIPULATED MOTION AND [PROPOSED] ORDER (2:17-CV-01046) – 2

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

**[PROPOSED ORDER]**

Based on the foregoing, IT IS ORDERED that Plaintiffs are awarded $3,500 in attorney's fees for the reasons stated on the record during the October 31, 2019, telephone hearing. This award is enforceable against Defendants and Defendants' lead trial counsel, Matthew Devereaux.

DATED this 7th day of November 2019.

_____
Judge James L. Robart
United States District Court Judge

*Presented by:*

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorney for Plaintiffs

STIPULATED MOTION AND [PROPOSED] ORDER (2:17-CV-01046) – 3

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371