THE HONORABLE JAMES L. ROBART

THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE BODDY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRENT POURCIAU *et al.*<br><br>Defendants. | No. 2:18-CV-01046-JLR<br><br>SECOND STIPULATED MOTION AND ORDER TO EXTEND EXPERT REPORT DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>December 5, 2019 |

The Parties, by and through their attorneys of record, hereby file this stipulated motion seeking an extension of the December 11, 2019, deadline for expert reports, set by the Court's Minute Order Setting Trial Dates and Related Dates (ECF Nos. 41). To facilitate ongoing negotiations by delaying upcoming expert expenses, the parties agree that the deadline for expert reports should be extended by an additional five weeks. Accordingly, the Parties hereby respectfully ask the Court to extend the deadline for disclosure of expert testimony from December 11, 2019 to January 15, 2020.

STIPULATED MOTION AND ORDER (2:17-CV-01046) – 1

Peterson Baker PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Tel. 206-257-3367
Fax 206-257-3371

DATED this 5th day of December 2019.

PETERSON BAKER PS

By: /s/ Tyler C. Peterson
Tyler C. Peterson, WSBA No. 39816
PETERSON BAKER PS
110 Prefontaine Pl. S. #304
Seattle, WA 98104
Ph: 206-257-3367
Email: tyler@petersonbakerlaw.com

Attorneys for Plaintiffs

THE BEZOU LAW FIRM


By: /s/ Matthew L. Devereaux
(with permission)
Matthew L. Devereaux, *pro hac vice*
THE BEZOU LAW FIRM
534 East Boston Street
Covington, LA 70433
Ph: 985.892.2111
Email: mdevereaux@bozou.com

Attorneys for Defendants

## ORDER

Based on the foregoing, IT IS ORDERED that the deadline for the disclosure of expert testimony in this case is extended from December 11, 2019 to January 13, 2020—the deadline for discovery in this matter. The parties should be aware that the court will not grant additional extensions to the deadlines in this case absent good cause.

DATED this 6th day of December 2019.

Judge James L. Robart
United States District Court Judge

STIPULATED MOTION AND ORDER (2:17-CV-01046) – 3